WYC:ZA
F.#2009R01051

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

SALVATORE LABARCA,

              Defendant.

- - - - - - - - - - - - - - - - -X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ SEP 03 2009 ★
BROOKLYN OFFICE

I N D I C T M E N T

Cr. No. _____
(T. 18, U.S.C., §§ 844(i)
and 3551 et seq.)

CR 09 613

GLASSER, J.
AZRACK, M.J.

THE GRAND JURY CHARGES:

<u>ARSON</u>

        On or about October 9, 2006, within the Eastern District of New York, the defendant SALVATORE LABARCA did knowingly, intentionally and maliciously damage and destroy, and attempt to damage and destroy, by means of fire, one or more buildings and other real and personal property used in an activity affecting interstate and foreign commerce, to wit: The Lime Kitchen, located at 31-25 Thomson Avenue, Queens, New York,

and Richie's Corner d/b/a Food Express, located at 31-27 Thomson Avenue, Queens, New York.

(Title 18, United States Code, Sections 844(i) and 3551 et seq.)

A TRUE BILL

/s/ Marycatherine L Johansen
FOREPERSON

/s/ Benton J. Campbell
BENTON J. CAMPBELL
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

2

F. #2006R02131
FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL *Division*

THE UNITED STATES OF AMERICA

vs.

SALVATORE LABARCA,

*Defendant.*

## INDICTMENT

(T. 18, U.S.C., §§ 844(i) and 3551 et seq.)

*A true bill.*

_____
Foreman

Filed in open court this _____ day,

of _____ A.D 19 ___

_____
Clerk

Bail, $ _____

ZAINAB AHMAD, AUSA; (718) 254-6522