

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

ZA
F.#2009R01051

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

November 8, 2010

**By FedEx and ECF**

Kenneth C. Murphy, Esq.
Simon & Partners LLP
551 Fifth Avenue
New York, NY 10176

      Re:  United States v. Salvatore Labarca
           Criminal Docket No. 09-613 (ILG)

Dear Mr. Murphy:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes additional discovery with respect to the above-referenced matter.

    Enclosed please find documentation pertaining to the losses suffered by victims in the instant case, Bates stamped 89 through 101.

    If you have any questions or further requests, please do not hesitate to contact me.

                          Very truly yours,

                          LORETTA E. LYNCH
                        United States Attorney
                        Eastern District of New York

            By:   /s/
                  Zainab Ahmad
                  Assistant U.S. Attorney
                  (718) 254-6522

Enclosures

CC:  Clerk of Court (ILG)(w/o enclosures)